CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Elliott Montgomery, Esq., SBN 279451
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
elliottm@potterhandy.com
(858) 375-7385; (888) 422-5191 fax

Attorneys for Plaintiff

LAW OFFICES OF MICHELE A. DOBSON
Michele A. Dobson, SBN 192349
Historic Bixby Knolls
3711 Long Beach Blvd., Suite 5047
Long Beach, CA 90807
(562) 433-7718| Fax (562) 433-7719
longbeachesq@gmail.com

Attorney for Defendant
Lescher-Stockon Properties LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRIS LANGER**, <br><br> Plaintiff, <br><br> v. <br><br> **LESCHER-STOCKON PROPERTIES LLC,** a California Limited Liability Company; and Does 1-10, <br><br> Defendants. | **Case No**. 8:20-cv-00727-MCS-JDE <br><br> **JOINT REPORT REGARDING MEDIATION** |

Through their respective attorneys of record, Plaintiff CHRIS LANGER and Defendant LESCHER-STOCKON PROPERTIES LLC, jointly report that the within matter was mediated on October 29, 2020 before

1

assigned panel mediator, Sidney K Kanazawa. The <u>case did not settle</u> at the mediation.

At the mediation, Plaintiff was represented by Elliott Montgomery; and Defendant was represented by Michele A. Dobson.

<u>Mediation Efforts</u>:

Counsel of record, client representatives and parties with full authority to negotiate a settlement and execute an agreement resolving all of the issues in this matter participated in the mediation. The <u>case did not settle</u> at the mediation.

Dated: November 4, 2020        CENTER FOR DISABILITY ACCESS

By: */s/ Elliott Montgomery*
Elliott Montgomery
Attorney for Plaintiff

Dated: November 4, 2020        LAW OFFICES OF MICHELE A. DOBSON

By: ―――――――――――――
Michele A. Dobson
Attorney for Defendant
Lescher-Stockon Properties LLC

## SIGNATURE ATTESTATION

Pursuant to Civil L.R 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

Dated: November 4, 2020              CENTER FOR DISABILITY ACCESS

              By: */s/Elliott Montgomery*
              Elliott Montgomery
              Attorney for Plaintiff