**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>Plaintiff,<br><br>v.<br><br>LESCHER-STOCKON PROPERTIES LLC, a California Limited Liability Company; and Does 1-10,<br><br>Defendants. | Case No. 8:20-cv-00727-MCS-JDE<br><br>**JUDGMENT** |

Pursuant to this Court's Order Dismissing the Action, IT IS ADJUDGED that this action is dismissed for lack of jurisdiction.

**IT IS SO ORDERED.**

Dated: February 6, 2021

_____

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1